UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
:
MERRILL LYNCH BUSINESS FINANCIAL  :
SERVICES INC.,  :
:          07 CV 7048 (LAP)
                 Plaintiff,  :
:
                -against-  :
:          **RULE 7.1 STATEMENT**
D.M.S. DIAMOND CO., INC., MARC STEINBERG, and  :
"JOHN DOE #1" THROUGH "JOHN DOE #12",  :
the last twelve names being fictitious and unknown to  :
plaintiff, being persons having or claiming an interest  :
in or lien upon the chattel described in the complaint,  :
:
               Defendants.  :
:
------------------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Merrill Lynch Business Financial Services Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: Merrill Lynch & Co., Inc.

Dated: New York, New York
       August 7, 2007

                                          SPENCER L. SCHNEIDER (SS-2471)

                                          Attorney for Plaintiff
                                          70 Lafayette Street, 7th Floor
                                          New York, NY 10013
                                          Tel: 212-233-7400
                                          Fax: 212-233-9713
                                          sschneider@slsatty.com