```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MERRILL LYNCH BUSINESS FINANCIAL           :     07 CV 7048 (LAP)
SERVICES INC.,                              :
                                            :
                Plaintiff,                  :     **MEMORANDUM**
                                            :
        v.                                  :
                                            :
D.M.S. DIAMOND CO. INC.,                   :
                                            :
                Defendant.                  :
                                            :
-----------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

The parties are informed that the law firm in which my husband is a partner,

Cahill Gordon & Reindel LLP, from time to time represents Merrill Lynch, Pierce,

Fenner & Smith Incorporated and/or its affiliates, and he has worked on those matters.

SO ORDERED:

Dated: New York, New York
       August 13, 2007

                                            _____
                                            LORETTA A. PRESKA, U.S.D.J.

CGRMERRILL2