# DAVID H. LEDGIN
Attorney at Law



1539 Franklin Avenue
Mineola, New York 11501
(516) 747-1210 . Fax (516) 747-1211

August 28, 2007

By Fax: 212 805-7941

The Hon. Loretta A. Preska

    Re:    Merrill Lynch Business Financial Services, Inc. vs.
             D.M.S. Diamond, Inc., et al.
             Docket No. 07-CV-7048

Dear Judge Preska:

I represent the defendants in the referenced action.

Request is hereby made that Your Honor grant the defense an extension of time in which to answer the Complaint to and including September 7, 2007. Plaintiff's counsel, Spencer Schneider, Esq., has consented to such extension.

Thank you in advance for your kindness.

                                    Very truly yours,

                                    DAVID H. LEDGIN

DHL:rp

cc:    Spencer L. Schneider, Esq.
       (by fax: 212 233-9713)

SO ORDERED:

_____ 8/29/2007
Hon. Loretta A. Preska
**LAURA TAYLOR SWAIN U.S.D.J.** Part I