UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/07
```

-------------------------------------------------------X

MERRILL LYNCH BUSINESS FINANCIAL   :   07 CV 7048 (LAP)
SERVICES INC.,                     :
                                   :
            Plaintiff,             :   **MEMORANDUM**
                                   :
      v.                           :
                                   :
D.M.S. DIAMOND CO. INC., et al.    :
                                   :
            Defendants.            :
-------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

The parties are informed that the law firm in which my husband is a partner, Cahill Gordon & Reindel LLP, from time to time represents Merrill Lynch and/or its affiliates, and he works on those matters.

So Ordered:

Dated: New York, New York
       September 28, 2007

                                    _____
                                    LORETTA A. PRESKA, U.S.D.J.

CGRML