USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/30/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MERRILL LYNCH BUSINESS : 07 CV 7048 (LAP)
FINANCIAL SERVICES INC.,
: ORDER
Plaintiff, :
:
v. :
:
D.M.S. DIAMOND CO., INC., et al., :
:
Defendants. :
:
-----------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

Plaintiff may proceed with its proposed summary judgment motion promptly.

Counsel shall confer and inform the Court by letter of their proposed briefing schedule.

SO ORDERED:

Dated: October 30, 2007

_____
LORETTA A. PRESKA, U.S.D.J.

mldiamondorder