UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
:
:
MERRILL LYNCH BUSINESS FINANCIAL       :
SERVICES INC.,                         :          07 CV 7048 (LAP)
:
:
                Plaintiff,            :
:
             -against-            :          **CERTIFICATE OF SERVICE**
:
D.M.S. DIAMOND CO., INC., MARC STEINBERG, and   :
"JOHN DOE #1" THROUGH "JOHN DOE #12", the last  :
twelve names being fictitious and unknown to plaintiff, :
being persons having or claiming an interest in or lien :
upon the Collateral described in the complaint, :
:
              Defendants.           :
:
------------------------------------------------------------------------x

      I, SPENCER L. SCHNEIDER, ESQ., being a member of the Bar of this Court, as attorney for plaintiff, hereby certify that on November 12, 2007, I caused to be served true copies of the Declaration of William Sardegna, sworn to November 12, 2007, its annexed exhibits, the notice of motion, the statement of material facts, and the memorandum of law, all dated November 12, 2007, in support of plaintiff's motion for summary judgment, by federal express, overnight service, upon counsel for defendants, David Ledgin, Esq., 1539 Franklin Avenue, Mineola, NY 11501.

Dated:  New York, New York
          August 1, 2007

                                                                             Spencer L. Schneider