**EXHIBIT A**

TOTAL MERRILL

Primary Account: 885-07794

# YOUR MERRILL LYNCH REPORT

November 01, 2007 - November 30, 2007

DMS DIAMOND CO., INC
10 W 47TH ST
NEW YORK NY 10036-3301

**Need Investment Guidance?**
**Call Your Financial Advisor**

**Your Financial Advisor:**
STEPHAN E ROTHE
717 5TH AVE 7TH FL
NEW YORK NY    10022
stephan_rothe@ml.com
(800) 999-6371

**If you have questions on your statement,**
**call 24-Hour Assistance:**
(866) 4MLBUSINESS
(866) 465-2874

Up-to-date account information can be viewed at: www.businesscenter.ml.com, where your statements are archived for three or more years.

## PORTFOLIO SUMMARY

|  | November 30 | October 31 | Month Change |
|---|---|---|---|
| **Net Portfolio Value** | | | |
| Your assets | . | . | . |
| Your liabilities | . | . | . |
| Your Net Cash Flow (Inflows/Outflows) | | | |
| Securities You Transferred In/Out | | | |
| **Subtotal Net Contributions** | . | . | . |
| Your Dividends/Interest Income | | | |
| Your Market Change | | | |
| **Subtotal Investment Earnings** | . | . | . |

**E-DELIVERY CAN HELP PREVENT IDENTITY THEFT**
With e-delivery you can get many Merrill Lynch documents electronically, which helps prevent theft of paper mail and personal information. Simply enroll in e-delivery today by visiting www.mlol.ml.com.

3511

015

1 of 4

This page intentionally left blank

**TOTAL MERRILL**

Online at: **www.businesscenter.ml.com**

DMS DIAMOND CO., INC
10 W 47TH ST
NEW YORK NY 10036-3301

Account Number: 885-07794   24-Hour Assistance: (866) 4MLBUSINESS

**Net Portfolio Value:** $0.00

November 01, 2007 - November 30, 2007

Your Financial Advisor:
STEPHAN E ROTHE
717 5TH AVE 7TH FL
NEW YORK NY   10022
stephan_rothe@ml.com
(800) 999-6371

# WCMA® ACCOUNT

## ASSETS

| | November 30 | October 31 |
|---|---|---|
| Cash/Money Accounts | . | . |
| Fixed Income | . | . |
| Equities | . | . |
| Mutual Funds | . | . |
| Options | . | . |
| Other | . | . |
| Subtotal (Long Portfolio) | . | . |
| **TOTAL ASSETS** | . | . |

## LIABILITIES

| | November 30 | October 31 |
|---|---|---|
| Debit Balance | . | . |
| Short Market Value | . | . |
| **TOTAL LIABILITIES** | . | . |
| **NET PORTFOLIO VALUE** | . | . |

## CASH FLOW

| | This Statement | Year to Date |
|---|---|---|
| Opening Cash/Money Accounts | . | . |
| **CREDITS** | | |
| Funds Received | 8,000.00 | 88,000.00 |
| Electronic Transfers | . | . |
| Other Credits | . | . |
| Subtotal | 8,000.00 | 88,000.00 |
| **DEBITS** | | |
| Electronic Transfers | . | . |
| Margin Interest Charged | . | . |
| Other Debits/WCMA Loan | . | . |
| Visa Purchases (debits) | (8,000.00) | (88,000.00) |
| ATM/Cash Advances | . | . |
| Checks Written/Bill Payment | . | . |
| Subtotal | (8,000.00) | (88,000.00) |
| **Net Cash Flow** | | |
| Dividends/Interest Income | . | . |
| Security Purchases/Debits | . | . |
| Security Sales/Credits | . | . |
| Closing Cash/Money Accounts | . | . |
| Securities You Transferred In/Out | . | . |

This page intentionally left blank

DMS DIAMOND CO., INC

Account Number: 885-07794

24-Hour Assistance: (866) 4MLBUSINESS

November 01, 2007 - November 30, 2007

## YOUR WCMA TRANSACTIONS

### CASH / OTHER TRANSACTIONS

| Date | Transaction Type | Quantity | Description | Debit | Credit |
|---|---|---|---|---|---|
| 11/07 | Funds Received | | CHECK DEPOSIT | | 8,000.00 |
| | Subtotal (Funds Received) | | Deposit Sub-Total | | 8,000.00 |
| 11/01 | WCMA Loan Int | | COMMERCIAL LOAN INT | 2,250.18 | |
| 11/01 | Loan Advanced | | WCMA LOAN ADVANCED | 2,250.18 | |
| 11/09 | Loan Payment | | WCMA LOAN PAYMENT | | 8,000.00 |
| | Subtotal (Other Debits/Credits) | | | 10,250.18 | 8,000.00 |
| | NET TOTAL | | | | 2,250.18 |

### LOAN ACCOUNT ACTIVITY
Line of Credit .00 Limit

Loan by Merrill Lynch Business Financial Services

| Effective Date | Description | Amount | Loan Balance | Interest From | Calculated To | Number of Days | Interest Rate* | Interest Accrued |
|---|---|---|---|---|---|---|---|---|
| 11/01 | Opening Balance | | 309,062.95 | | | | | |
| 11/01 | Loan Advance | 2,250.18 | 311,313.13 | 11/01 | 11/05 | 4 | 8.12% | 280.87 |
| 11/05 | Loan Balance | | 311,313.13 | 11/05 | 11/06 | 1 | 8.10% | 70.04 |
| 11/06 | Loan Balance | | 311,313.13 | 11/06 | 11/09 | 3 | 7.98% | 207.03 |
| 11/09 | Loan Payment | 8,000.00CR | 303,313.13 | 11/09 | 11/14 | 5 | 7.98% | 336.17 |
| 11/14 | Loan Balance | | 303,313.13 | 11/14 | 11/16 | 2 | 8.03% | 135.31 |
| 11/16 | Loan Balance | | 303,313.13 | 11/16 | 11/21 | 5 | 8.02% | 337.86 |
| 11/21 | Loan Balance | | 303,313.13 | 11/21 | 11/29 | 8 | 8.10% | 545.96 |
| 11/29 | Loan Balance | | 303,313.13 | 11/29 | 12/01 | 2 | 8.15% | 137.34 |
| 11/30 | Closing Balance | | 303,313.13 | | | | | |

The total interest due for the period 11/01/07 to 12/01/07 is 2,050.58 and will be charged to your WCMA Account on the first business day of December.
* Interest Rate: 30 DAY COMMERCIAL PAPER Plus 3.40% (see your loan documentation for further information).
WCMA Loan Interest Paid Year-to-Date 27,355.16.

# Merrill Lynch

**Agreement Regarding Your Securities Account and Other Important Information**

You, the Client, and we, Merrill Lynch, Pierce, Fenner & Smith Inc. (Merrill Lynch), agree as follows:

(1) We will direct your order for a security or option to the marketplace we consider to be the primary market for that security or option.

(2) We will hold bonds and preferred stocks in bulk segregation (except for those held in custodian accounts). In the event of a call for less than an entire issue or series of those securities, the securities to be called will be randomly selected from those held in bulk.

(3) We are not responsible for the loss or destruction of securities that are placed in the custody of a non-U.S. bank or broker or other custodian, and are lost or destroyed as a result of war, civil commotion, enemy action, government acts or any other causes beyond the control of the depository us.

(4) This statement of account shall be deemed conclusive if not objected to within ten (10) business days after delivery of or communication of the statement to you. Promptly report any inaccuracy to Merrill Lynch Client Services at (800)MER-RILL. To protect your rights, oral communications should be re-confirmed by you in writing.

(5) We receive a fee from our affiliated banks of up to 2% per annum of the average daily balances. We receive a fee from our affiliated banks of up to $30 per annum for each retirement account and $65 per annum for each non-retirement account that sweeps balances to the banks under the RASP℠ and ML bank deposit programs.

(6) You will have the right to vote full shares, and we may solicit instructions concerning the voting of full shares held in your account. The voting shares in your account will be governed by the rules and policies of the New York Stock Exchange and the Securities and Exchange Commission then in effect, or other applicable exchanges or regulatory provisions.

(7) This statement serves as a confirmation of purchases that result from automatic reinvestment transactions, as well as your AIPS transactions, during the statement period.

(8) As an option client, please advise us promptly of any material change in your investment objectives or financial condition. Individual options commission charges have been included in your confirmation; a summary of this information will be made available to you upon request.

(9) All transactions in your account are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market, and its clearinghouse, if any, where the transactions are executed, and if not executed on any exchange, the Financial Industry Regulatory Authority (FINRA).

(10) We trade for our own accounts as an odd lot dealer, a block positioner and/or arbitrageur. At the time of any transaction in your account, we or an affiliate may have a long or short position in the same security, and our positions may be completely or partially hedged.

(11) We can use your free credit balance in our business and such funds are not segregated. You have the right to receive, in the normal course of business, any free credit balance and any fully paid securities to which you are entitled, subject to any open commitments in any of your accounts.

(12) Merrill Lynch's financial statement is available for your inspection at our office, or a copy will be mailed upon request to: Merrill Lynch, WFC-NT, New York, N.Y. 10281.

(13) If this statement is for a margin account, it is a combined statement of your margin account and special memorandum account maintained for you pursuant to applicable regulations. The permanent record of the separate account, as required by Regulation T, is available for your inspection upon request. You should retain this statement for use with your next statement to calculate interest charges, if any, for the period covered by this statement. The interest charge period will parallel the statement period, except that interest due for the final day of the statement period will be carried over and appear on your next statement.

(14) The Securities Investor Protection Corporation (SIPC) and our excess-SIPC bond do not cover assets that are not securities or assets that are not held at Merrill Lynch, such as cash on deposit at Merrill Lynch Bank USA and Merrill Lynch Bank & Trust Co., FSB (the ML Banks), or other depository institutions. Those deposits are protected by the Federal Deposit Insurance Corporation. Merrill Lynch is not a bank. Unless otherwise disclosed, investments through Merrill Lynch ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED, AND MAY LOSE VALUE. To obtain information about SIPC, including the SIPC Brochure, contact SIPC at <<http://www.sipc.org>> or (202) 371-8300.

(15) Merrill Lynch bears no responsibility or liability with respect to Independent research selected by the Independent Consultant under the Global Research Settlement. Clients assume full responsibility for any trading decisions they make based upon such independent research ratings or reports.

**Prices and Valuations**
While we believe our pricing information to be reliable, we cannot guarantee its accuracy.

**Cost Data/Realized Capital Gains & Losses:** Cost data and Realized Capital Gains/Losses are provided for informational purposes only. Please review for accuracy. Merrill Lynch is not responsible for omitted or restated data. Please consult your tax advisor to determine the tax consequences of your securities transactions. Your statement is not an official accounting of gains/losses, and Merrill Lynch does not report gains/losses to the I.R.S. Please refer to your records.

**trade confirmations, and the Consolidated Tax Reporting Statement (Form 1099).**

**Managed Trust Units:** Information is based on data from the Merrill Lynch Trust Company or its agent, Ned Davis Trust. Neither the Trust nor its units are held in your Merrill Lynch account and are not subject to SIPC.

**Fixed-Income Securities:** Values on your statement generally are based on estimates, which are obtained from various sources. The values often vary from prices achieved in actual transactions, especially for thinly traded securities, and are not firm bids or offers. The values assume no unusual market conditions and are generally for transactions of $1 million or more, which often have more favorable pricing than transactions in smaller amounts. Accordingly, you may pay more than the values if you purchase securities, or receive less if you sell securities.

**Insurance Policies:** Information is based on data from the insurer that issued the policy. Merrill Lynch is not responsible for the calculation of policy values. Policies are generally not held in your Merrill Lynch account. If Merrill Lynch as custodian or trustee holds a policy that is a security, SIPC protection and excess-SIPC protection apply.

**Est. Annual Yield%:** An annualized yield based on rates for the statement month. Current yields may be higher or lower.

**Symbols and Abbreviations**

| | | |
|---|---|---|
| ¤ ■ | Interest reported to the IRS. | Value and/or cost data not available. |
| * | Gross Proceeds reported to the IRS. | Not-Calculated. |
| : | Dividends reported to the IRS. | Non-negotiable security. |
| # | Transactions reported to the IRS. | Held registered in your name. |
| OCC | Options Clearing Corporation. | Non-negotiable Custodian Registration. |
| RD | Transaction you requested required same-day payment - Merrill Lynch retained last day's dividend to offset cost of advancing payment on your behalf. | |
| RG | Bonds are changeable from coupon to registered and vice versa without charge. | |
| ↑ ↓ | Bonds registered for both principal and interest. Indicates that our global securities research division has upgraded(↑) or downgraded(↓) its fundamental opinion on a security. | |