USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

MERRILL LYNCH COMMERCIAL FINANCIAL
CORP. as assignee of interest of Merrill Lynch Business
Financial Services Inc                                              07 CV 7048 (LAP)

                Plaintiff,

      -against-                                                   **STIPULATION
                                                                    OF
                                                                    SETTLEMENT**

D.M.S. DIAMOND CO., INC., MARC STEINBERG, and
"JOHN DOE #1" THROUGH "JOHN DOE #12", the last
twelve names being fictitious and unknown to plaintiff,
being persons having or claiming an interest in or lien
upon the Collateral described in the complaint,

                Defendants.

----------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED TO**, by and between the undersigned, the attorneys for plaintiff and defendants by D.M.S. Diamond Co., Inc. and Marc Steinberg ("Defendants"), as follows:

1. Defendants agree to repay the Obligations owed to plaintiff, as defined in the WCMA Note referenced in the Complaint, as follows: (a) twelve (12) $8,000 consecutive monthly payments due on March 15, 2008, April 15, 2008, May 15, 2008, June 15, 2008, July 15, 2008, August 15, 2008, September 15, 2008, October 15, 2008, November 15, 2008, December 15, 2008, January 15, 2008, and February 15, 2009; and (b) the remaining balance of the Obligations by March 15, 2009.

2. Should the defendants default in making any payment when due as required above, plaintiff shall be entitled to enter judgment against them, jointly and severally, for the Obligations, giving credit for any amounts received hereunder. Prior

to the entry of judgment, the defendants shall be entitled to a five (5) day notice to cure, to their counsel by fax, but no more than two (2) such notices over the period that the Obligations are repaid.

Dated: New York, New York
    March 3, 2008

SPENCER L. SCHNEIDER (SS-2471)

*[signature]*

Attorney for Plaintiff
70 Lafayette Street, 7th Floor
New York, NY 10013
Tel: (212) 233-7400
Fax: (212) 233-9713
sschneider@slsatty.com

SO ORDERED:

_____
U.S.D.J.

DAVID LEDGIN (DL-8182)

*[signature]*

Attorney for Defendants
1539 Franklin Avenue
Mineola, NY 11501
Tel: (516) 747-1210
Fax: (516) 747-1211
davidledgin@aol.com

The Clerk of the Court Shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

*[signature]*
LORETTA A. PRESKA, U.S.D.J.

March 7, 2008